IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CINCINNATI INSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COLONY INSURANCE COMPANY | : | NO. 21-0289 |

## **ORDER**

AND NOW, this 31st day of January 2022, upon consideration of Defendant's motion for summary judgment (Doc. 34), Plaintiff's motion for summary judgment (Doc. 35), and associated briefing (Docs. 36-38), and for the reasons explained in the accompanying Memorandum, IT IS HEREBY ORDERED that Plaintiff's motion (Doc. 35) is DENIED and Defendant's motion (Doc. 34) is GRANTED. JUDGMENT IS ENTERED on behalf of Defendant, Colony Insurance Company, and against Plaintiff, Cincinnati Insurance Company.

BY THE COURT:

/s/ Elizabeth T. Hey

ELIZABETH T. HEY, U.S.M.J.